## BANKS v. COUNTY OF BUNCOMBE

[348 N.C. 687 (1998)]

TERRY W. BANKS, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF TERECIA L. BANKS; DEBORAH P. BOWMAN, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF K. DAWN BOWMAN; SUSAN G. CAMERON, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF CARRIE D. CAMERON; MICHAEL W. MOORE, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF MATTHEW W. MOORE; PAUL J. PLESS, JR., INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JOSEPH H. PLESS; BENNIE LEE TATE, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF CHARMIE A. TATE; AND THE BUNCOMBE COUNTY BOARD OF EDUCATION, A BODY CORPORATE, PLAINTIFFS V. THE COUNTY OF BUNCOMBE, A BODY POLITIC AND CORPORATE OF THE STATE OF NORTH CAROLINA; AND THE BOARD OF COMMISSIONERS FOR THE COUNTY OF BUNCOMBE, GOVERNING BOARD OF THE COUNTY OF BUNCOMBE, DEFENDANTS AND ASHEVILLE CITY BOARD OF EDUCATION, A BODY CORPORATE, INTERVENOR DEFENDANT

No. 39A98

(Filed 9 July 1998)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 128 N.C. App. 214, 494 S.E.2d 791 (1998), finding no error in a trial that resulted in a judgment for defendants and intervenor-defendant entered by Bogle, J., on 3 September 1996 in Superior Court, Buncombe County. Heard in the Supreme Court 29 May 1998.

*Roberts & Stevens, P.A., by Walter L. Currie and Cynthia S. Lopez, for plaintiff-appellants.*

*County Attorney's Office, by Joseph A. Connolly, Buncombe County Attorney, for defendant-appellees; and Schwartz & Shaw, P.L.L.C., by Brian C. Shaw and Ann S. Estridge, for intervenor-defendant-appellee.*

PER CURIAM.

AFFIRMED.